IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

UNITED STATES OF AMERICA

v.

CHAD ERIC JONES

_____/

INDICTMENT

4:13cr95-RH

THE GRAND JURY CHARGES:

COUNT ONE

On or about August 2, 2013, in the Northern District of Florida, the defendant,

**CHAD ERIC JONES,**

did knowingly sell and otherwise dispose of a firearm and ammunition, namely, a Taurus 9 millimeter pistol and Remington .45 caliber ammunition, to M.Y., knowing and having reasonable cause to believe that M.Y. had been convicted of a crime punishable by imprisonment for a term exceeding one year.

In violation of Title 18, United States Code, Sections 922(d)(1) and 924(a)(2).

COUNT TWO

On or about August 2, 2013, in the Northern District of Florida, the defendant,

**CHAD ERIC JONES,**

did knowingly sell and deliver a firearm, other than a shotgun or rifle, that is, a Taurus 9 millimeter pistol, to M.D., knowing and having reasonable cause to believe that M.D. was

less than twenty-one years of age.

In violation of Title 18, United States Code, Sections 922(b)(1) and 924(a)(1)(D).

## COUNT THREE

On or about August 9, 2013, in the Northern District of Florida, the defendant,

## CHAD ERIC JONES,

did knowingly sell and otherwise dispose of a firearm and ammunition, namely, a Ruger 9 millimeter pistol, a Kel-Tec 9 millimeter pistol, and Remington 9 millimeter ammunition, to M.Y., knowing and having reasonable cause to believe that M.Y. had been convicted of a crime punishable by imprisonment for a term exceeding one year.

In violation of Title 18, United States Code, Sections 922(d)(1) and 924(a)(2).

## COUNT FOUR

On or about August 16, 2013, in the Northern District of Florida, the defendant,

## CHAD ERIC JONES,

did knowingly sell and otherwise dispose of a firearm and ammunition, namely, a Mossberg 12-gauge shotgun, a Mossberg .22 caliber rifle, and Estate and Hornady 12-gauge ammunition, to M.Y., knowing and having reasonable cause to believe that M.Y. had been convicted of a crime punishable by imprisonment for a term exceeding one year.

In violation of Title 18, United States Code, Sections 922(d)(1) and 924(a)(2).

## COUNT FIVE

On or about August 23, 2013, in the Northern District of Florida, the defendant,

**CHAD ERIC JONES,**

did knowingly sell and otherwise dispose of a firearm and ammunition, namely, an Olympic Arms .223 caliber pistol, a Ruger 9 millimeter pistol, a Ruger .45 caliber pistol, a Rossi .38 caliber revolver, Remington .38 caliber ammunition, Remington 9 millimeter ammunition, Remington .45 caliber ammunition, PMC 5.56 caliber ammunition, and Federal .22 caliber ammunition, to M.Y., knowing and having reasonable cause to believe that M.Y. had been convicted of a crime punishable by imprisonment for a term exceeding one year.

In violation of Title 18, United States Code, Sections 922(d)(1) and 924(a)(2).

## COUNT SIX

On or about September 3, 2013, in the Northern District of Florida, the defendant,

**CHAD ERIC JONES,**

did knowingly sell and otherwise dispose of a firearm and ammunition, namely, a Springfield .40 caliber pistol and Remington and PMC .40 caliber ammunition, to M.Y., knowing and having reasonable cause to believe that M.Y. had been convicted of a crime punishable by imprisonment for a term exceeding one year.

In violation of Title 18, United States Code, Sections 922(d)(1) and 924(a)(2).

## COUNT SEVEN

On or about September 4, 2013, in the Northern District of Florida, the defendant,

**CHAD ERIC JONES,**

did knowingly possess a firearm, as defined in Title 26, United States Code, Section

5845(a), that is, a CBC short barreled 12-gauge shotgun, which firearm was not registered to him in the National Firearms Registration and Transfer Record, as required by Title 26, United States Code, Chapter 53.

In violation of Title 26, United States Code, Sections 5861(d) and 5871.

## FIREARM FORFEITURE

The allegations contained in Counts One through Seven of this Indictment are hereby realleged and incorporated by reference. Because the defendant,

## CHAD ERIC JONES,

knowingly or willfully committed the violations set forth in Counts One through Seven of this Indictment in violation of Title 18, United States Code, Section 922(d), and Title 26, United States Code, Section 5861(d), any and all interest that this defendant has in the firearms identified in Counts One through Seven and in Attachment A is vested in the United States and hereby forfeited to the United States pursuant to Title 18, United States Code, Section 924(d)(1), and Title 26, United States Code, Section 5872.

TRUE BILL:

REDACTED

_____
PAMELA C. MARSH
United States Attorney

_____
JASON S. BEATON
Special Assistant United States Attorney

## ATTACHMENT A

1. Taurus, model PT-111, 9mm pistol, serial number TEY84066
2. Taurus, model PT-111, 9mm pistol, serial number TCV13076
3. Ruger, model LC9, 9mm pistol, serial number 321-61871
4. Keltec, CNC Industries, model PF-9, 9 mm pistol, serial number SCQ75
5. HiPoint, model CF380, .380 caliber pistol, serial number P8059643
6. HiPoint, model C9, 9mm pistol, serial number P1701184
7. Mossberg, model 500, 12 gauge shotgun, serial number T573829U
8. CBC (Companhia Braziliera De Cartuchos), model 715T, .22 caliber rifle, serial number ELG3446708
9. Haskell, model JHP45, .45 caliber pistol, serial number X4117664
10. Olympic Arms, model OA-93, .223 caliber pistol, serial number OP0331
11. Ruger, model P89DC, 9mm pistol, serial number 304-74224
12. Ruger, model P97DC, .45 caliber pistol, serial number 663-01486
13. Rossi, model UNKNOWN, .38 caliber revolver, serial number D224843
14. Springfield Armory, model UNKNOWN, .40 caliber pistol, serial number XD585260
15. Glock, Model 23, .40 cal pistol, SN DUB621US
16. Fabrique Nationale, .22 cal pistol, SN: 519024
17. Ruger, Super Blackhawk, .44 Mag Revolver, SN: 81-91341
18. Deutchee Werke, 6.35mm pistol, SN: 131550
19. Taurus, Ultra Lite, .38 cal revolver, SN: UK48786
20. Ruger, NRA LCP, .380 pistol, SN: NRA004636
21. Ruger, .22LR Pistol, SN: 11-60374
22. Ram-Line, .22LR Pistol, SN: P5-41-07455
23. Winchester, Model 94, cal: 30-30 rifle, SN: 3969992
24. Browning, Light 12, 12 ga Shotgun, SN: 7G8599
25. Sturm Ruger, Model: Ranch Rifle, Cal: 7.62, SN: 581-49502
26. Mossberg, Model: 500 Turkey Thugs, 20ga Shotgun, SN:   U114427
27. Browning, 7mm Rifle, SN: 85250 M71 w/scope
28. Colt, Model: M4 Carbine, Cal: .556 Rifle, SN: LE126442 with laser sight
29. Mossberg, Model: 100 ATR, Cal: .270 Win Rifle, SN: BA342415 w/scope
30. Remington, Model: 770, Cal: 30-06 Rifle, SN: M71578993 w/scope
31. Harrington and Richardson, Model: 440, Cal: 12 ga Shotgun, SN: 115875
32. Ruger, Model: M77, cal: .270 Win Rifle, SN: 74-59966 w/scope
33. Weatherby, Model: Mark 5, cal: .223, SN: H119616 w/scope
34. Thompson Center Arms, cal: 44 Mag Pistol, SN: 204593 w/scope
35. Harrington and Richardson, Model: Topper 158, 12 ga Shotgun, SN: None
36. Remington, Model: Mohawk 48, 12 ga Shotgun, SN: 5262636
37. Mossberg, Model: 640KD Chuckster, Cal: .22 Rifle, SN: 823722
38. Mossberg, Model: 151MB, Cal: .22 Rifle, SN: Not Found

## ATTACHMENT A, CONT'D

39. FIE, Model: Replica Nylon 66, Cal: .22 Rifle, SN: 50257
40. Remington, Model: 1148, 12 ga Shotgun, SN: 5084819
41. Ultra Hi Products, Model: 2200, Cal: .22 Bolt Action Rifle, SN: T7140
42. Mossberg, Model 500A, 12 ga Shotgun, SN: P597663
43. Remington, Model: Mohawk 48, 12 ga Shotgun, SN: 5290843
44. American Gun Company, 12 ga Double Barreled Shotgun, SN: None
45. Unknown, 12 ga Double Barrel Shotgun, SN: None
46. Colt, Model: 1911, cal: .45 Pistol, SN: 2806021
47. Smith and Wesson, Model: M&P 14, Cal: .223 Rifle, SN: SW65843 w/scope
48. Remington, Model: 552, cal: .22 Rifle, SN: A1426246
49. Rock River Arms, Model: LAR15, Cal: 5.56 Rifle, SN: CM09362 w/scope
50. Marlin, Model: 30, Cal: 22 Rifle, SN: None
51. Springfield, Model: 84C, cal: .22 Rifle, SN: None
52. Winchester, Model: 69A, cal: .22 Rifle, SN: None
53. Mauser, Model: 1895, Cal: 7mm Rifle, SN: E2929
54. Marlin, Model: 60, Cal: 22 Rifle, SN: 99194116
55. Winchester, Model: 94, Cal: 30-30 Rifle, SN; 3417391
56. Springfield, Model: 1870, Cal: .22 Rifle, SN: None
57. Plum Crazy, Cal: .556 Lower Receiver, SN: RM22721
58. Taurus, Model: PT5855, Cal: 380 Pistol, SN: KKK67214
59. Hopkins and Allen, Model: XL Double Action, Cal: .32 Revolver, SN: 8276
60. Smith and Wesson, Model: 66, Cal: .357 Revolver, SN: 134K315
61. Smith and Wesson, Model: 629 Classic, Cal: 44 Mag Revolver, SN: BSJ6022
62. Smith and Wesson, Model: 38 Special, Cal: 38 Revolver, SN: K910256
63. Smith and Wesson, Model: 19-3, Cal: 357 Revolver, SN: 8K64179
64. Colt, Model: Law Man Mark III, Cal: 357 Revolver, SN: J37736
65. Colt, Model: 38 Special, Cal: 38 Revolver, SN: 468932
66. Ruger, Model Mark III Target, Pistol SN: 228-33176 Cal: 22 LR